IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| MARY ANN KELLY, | : | Civil Action No. 3:12-cv-00112 |
| Plaintiff, | : | |
| vs. | : | |
| ASSET ACCEPTANCE, LLC, | : | |
| Defendant. | : | |

DISMISSAL WITH PREJUDICE

Plaintiff Mary Ann Kelly, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice.

Respectfully submitted this 5th day of November, 2012.

_____
RAY JOHNSON
AT0004019
JOHNSON LAW FIRM
950 Office Park Rd.
Suite 221
West Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com